AO (Rev. 03/08) Civil Summons

# United States District Court

District Of Delaware

NOVARTIS CORPORATION and NOVARTIS )
PHARMACEUTICALS CORPORATION,       )
    Plaintiffs,                    )
                                   )   Civil Action No.  08-459
v.                                 )
                                   )
TEVA PARENTERAL MEDICINES, INC., TEVA )
PHARMACEUTICALS USA, INC., and TEVA )
PHARMACEUTICAL INDUSTRIES LTD.,    )
    Defendants.                    )

## SUMMONS IN A CIVIL ACTION

TO:     Teva Parenteral Medicines, Inc.
           c/o Corporate Creations Network, Inc.
           3411 Silverside Road
           Rodney Building #104
           Wilmington, DE  19810

A lawsuit has been filed against you.

Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs' attorney, whose name and address are:

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        Richards, Layton & Finger
        One Rodney Square
        920 North King Street
        Wilmington, DE 19801
        (302) 651-7700

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court. **PETER T. DALLEO**
                                                                    Name of Clerk of Court

Date: 7/25/08

                                                                    Deputy Clerk's Signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)
RLF1-3305884-1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 7/25/08 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| KEVIN S. DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TEVA PARENTERAL MEDICINES, INC. C/O CORPORATE CREATIONS NETWORK, INC. AT 3411 SILVERSIDE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY. MEADREA SURETTE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/08
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.