IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS CORPORATION and<br>NOVARTIS PHARMACEUTICALS<br>CORPORATION<br><br>        Plaintiffs,<br><br>        v.<br><br>TEVA PARENTERAL MEDICINES, INC.,<br>TEVA PHARMACEUTICALS USA, INC., and<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>        Defendants. | Civil Action No. 08-459-SLR |

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TEVA PHARMACEUTICALS USA, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto through their undersigned counsel, and subject to the approval of the Court, that the time within which defendant Teva Pharmaceuticals USA, Inc. shall answer, move or otherwise respond to the Complaint be, and upon approval is, extended to and including September 3, 2008. No other extensions have been requested in this case.

| RICHARDS, LAYTON & FINGER, P.A. | BAYARD, P.A. |
|---|---|
| /s/ Anne Shea Gaza (ag4093)<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>Attorneys for Plaintiffs | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>Attorneys for Defendants |

{BAY:01111427v1}

SO ORDERED, this _____ day of August, 2008.

_____
United States District Judge