IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS CORPORATION and <br> NOVARTIS PHARMACEUTICALS <br> CORPORATION <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PARENTERAL MEDICINES, INC., <br> TEVA PHARMACEUTICALS USA, INC., and <br> TEVA PHARMACEUTICAL INDUSTRIES LTD. <br><br> Defendants. | Civil Action No. 08-459-SLR |

**STATEMENT OF TEVA PARENTERAL MEDICINES, INC.
PURSUANT TO FEDERAL RULE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Teva Parenteral Medicines, Inc. ("TPM") hereby discloses that TPM is an indirect wholly owned subsidiary of Teva Pharmaceuticals USA, Inc. ("Teva USA"). Teva USA is an indirect wholly owned subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), which is a publicly traded company.

Teva Ltd. is the only publicly traded company that owns 10% or more of TPM.

<div style="display: flex;">
<div>

August 14, 2008

</div>
<div>

BAYARD, P.A.

/s/ Stephen B. Brauerman (sb4952)
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000

</div>
</div>

Of Counsel:

Annemarie Hassett
Keith A. Zullow
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 813-8800

Attorneys for Defendants
Teva Parenteral Medicines, Inc.

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 14, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899


The undersigned counsel further certifies that, on August 14, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

William F. Lee
Lisa J. Pirozzolo
Vinita Ferrera
Wilmer Culter Pickering Hale and Dorr, LLP
60 State Street
Boston, Massachusetts


                                        /s/ Richard D. Kirk, (rk0922)
                                        Richard D. Kirk