IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS CORPORATION and<br>NOVARTIS PHARMACEUTICALS<br>CORPORATION<br><br>           Plaintiffs,<br><br>           v.<br><br>TEVA PARENTERAL MEDICINES, INC.,<br>TEVA PHARMACEUTICALS USA, INC., and<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>           Defendants. | Civil Action No. 08-459-SLR |

**STIPULATION OF DISMISSAL OF COMPLAINT AS TO DEFENDANT**
**TEVA PHARMACEUTICAL INDUSTRIES LTD. AND AMENDMENT OF CAPTION**

Plaintiffs Novartis Corporation and Novartis Pharmaceuticals Corporation (collectively "Plaintiffs") and defendants Teva Parenteral Medicines, Inc. ("TPM"), Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd., ("Teva Ltd.") hereby stipulate, subject to the approval of the Court, to dismiss the Complaint as filed by Plaintiffs against Teva Ltd. in this action.  The action will continue against TPM and Teva USA.  It is further stipulated that this dismissal is without prejudice and is subject to the following conditions:

1.      Teva Ltd. stipulates to be bound by any Judgment, Order, or decision in the above-captioned action, or any appeal thereof.

2.      Teva Ltd., TPM and Teva USA stipulate that Teva Ltd.'s documents, witnesses and information are in TPM and Teva USA's custody or control for purposes of discovery or requests for admission in this lawsuit, subject to paragraph 4.

3.  Pursuant to paragraph 2 above, the terms "TPM" and "Teva USA," as used in discovery requests or requests for admission, will include Teva Ltd., and TPM and Teva USA will respond and object to discovery requests for information in the possession, custody or control of Teva Ltd., including requests for Rule 30(b)(6) deposition testimony, and will certify interrogatory responses containing Teva Ltd. information.

4.  If the parties agree that a Teva Ltd. employee is a necessary fact witness, the witness will be made available for deposition upon notice to TPM and Teva USA. If the parties disagree as to whether the Teva Ltd. employee is a necessary fact witness, then the parties shall present the matter to the Court for resolution. In the event that the Court orders that the deposition of the Teva Ltd. employee shall be taken, then the Teva Ltd. employee will be made available for deposition pursuant to the Court's Order, without requiring that Plaintiffs adhere to the procedures of The Hague Convention.

5.  The case caption should be amended to read as follows: "Novartis Corporation and Novartis Pharmaceuticals Corporation, Plaintiffs v. Teva Parenteral Medicines, Inc. and Teva Pharmaceuticals USA, Inc., Civil Action No. 08-459 SLR".

[BALANCE OF PAGE INTENTIONALLY BLANK]

| RICHARDS, LAYTON & FINGER, P.A. | BAYARD, P.A. |
|---|---|
| /s/ Anne Shea Gaza (ag4093) | /s/ Richard D. Kirk (rk0922) |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk |
| Anne Shea Gaza (#4093) | 222 Delaware Avenue, Suite 900 |
| One Rodney Square | P.O. Box 25130 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899-5130 |
| (302) 651-7700 | (302) 655-5000 |
| cottrell@rlf.com | rkirk@bayardlaw.com |
| gaza@rlf.com | Attorneys for Teva Parenteral Medicines, |
| Attorneys for Novartis Corporation and | Inc., Teva Pharmaceuticals USA, Inc. and |
| Novartis Pharmaceuticals Corporation | Teva Pharmaceutical Industries Ltd. |
| | |
| Of Counsel | Of Counsel: |
| William F. Lee | Annemarie Hassett |
| Lisa J. Pirozzolo | Keith A. Zullow |
| Vinita Ferrera | GOODWIN PROCTER LLP |
| Wilmer Cutler Pickering Hale and Dorr LLP | The New York Times Building |
| 60 State Street | 620 Eighth Avenue |
| Boston, Massachusetts 02109 | New York, NY 10018 |
| (617) 526-6000 | (212) 813-8800 |

SO ORDERED this ___ day of September, 2008.

_____
U.S. District Court Judge