# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NOVARTIS CORPORATION and NOVARTIS PHARMACEUTICALS CORPORATION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 08-459-SLR |
| v. | ) ) | |
| TEVA PARENTERAL MEDICINES, INC., and TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND ORDER FURTHER EXTENDING TIME FOR DEFENDANT TEVA PHARMACEUTICALS USA, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto through their undersigned counsel, and subject to the approval of the Court, that the time within which defendant Teva Pharmaceuticals USA, Inc. shall answer, move or otherwise respond to the Complaint be, and upon approval is, further extended to and including September 17, 2008 (from September 3, 2008).

[BALANCE OF PAGE INTENTIONALLY BLANK]

{BAY:01111427v1}

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne Shea Gaza (ag4093)
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
Wilmington, Delaware  19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
Attorneys for Novartis Corporation and
Novartis Pharmaceuticals Corporation


Of Counsel
William F. Lee
Lisa J. Pirozzolo
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
Attorneys for Teva Parenteral Medicines,
Inc., Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.


Of Counsel:
Annemarie Hassett
Keith A. Zullow
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 813-8800


SO ORDERED, this _____ day of September, 2008.


_____
United States District Judge