## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS CORPORATION and<br>NOVARTIS PHARMACEUTICALS<br>CORPORATION<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PARENTERAL MEDICINES, INC., and<br>TEVA PHARMACEUTICALS USA, INC.<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action Nos. 08-459-SLR<br>) 　　　　　　　　　　08-952-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Novartis Corporation and Novartis Pharmaceuticals Corporation (collectively "Novartis") and Defendants Teva Parenteral Medicines, Inc. and Teva Pharmaceuticals USA, Inc. (collectively "Teva") hereby stipulate and agree as follows, subject to the approval of the Court:

1. Teva Parenteral Medicines, Inc. filed Abbreviated New Drug Application ("ANDA") Nos. 78-576, 78-580, and 90-823 with the United States Food and Drug Administration seeking approval for the commercial manufacture, use and sale of certain products described therein containing zoledronic acid, i.e., Zoledronic Acid Injectable; IV (infusion) Eq. 4 mg base/5mL (poly and glass vials) (ANDA Nos. 78-576 and 78-580) and Zoledronic Acid Injectable; IV (infusion) Eq. 5 mg base/100mL (ANDA 90-823) (collectively, "Teva's Zoledronic Acid ANDA Products.").

2. Plaintiffs assert infringement under 35 U.S.C § 271(e)(2), based on the filing of ANDA Nos. 78-576, 78-580, and 90-823, of claims 1, 2, 4 and 5 of U.S. Patent No. 4,939,130 (the "'130 patent").

3. Teva admits that, so long as the Court finds that claim 1 of the '130 patent is valid and enforceable, making, using, offering to sell, importing or selling Teva's Zoledronic Acid ANDA Products would infringe claim 1 of the '130 patent.

4. Teva admits that, so long as the Court finds that claim 2 of the '130 patent is valid and enforceable, making, using, offering to sell, importing or selling Teva's Zoledronic Acid ANDA Products would infringe claim 2 of the '130 patent.

5. Teva admits that, so long as the Court finds that claim 4 of the '130 patent is valid and enforceable, making, using, offering to sell, importing or selling Teva's Zoledronic Acid ANDA Products would infringe claim 4 of the '130 patent.

6. Teva admits that, so long as the Court finds that claim 5 of the '130 patent is valid and enforceable, making, using, offering to sell, importing or selling Teva's Zoledronic Acid ANDA Products would infringe claim 5 of the '130 patent.

7. Plaintiffs are not asserting any claims of the '130 patent in this litigation other than claims 1, 2 ,4 and 5.

8. Teva makes these admissions without prejudice to Teva's assertions that claims 1, 2 4, and 5 of the '130 patent are invalid, or to any assertion that Teva may make that claims 1, 2, 4, and 5 are unenforceable.

9. Teva makes these admissions solely with respect to Teva's Zoledronic Acid ANDA Products as defined in Paragraph 1 above and the uses of Zometa® or Reclast® that the U.S. Food and Drug Administration approved prior to November 13, 2007.

**SO STIPULATED**:

| | |
|---|---|
| /s/ *Anne Shea Gaza* (ag4093) | /s/ *Richard D. Kirk* (rk0922) |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk (#2555) |
| cottrell@rlf.com | rkirk@bayardlaw.com |
| Anne Shea Gaza (#4093) | BAYARD, P.A. |
| gaza@rlf.com | 222 Delaware Avenue, Suite 900 |
| RICHARDS LAYTON & FINGER, P.A. | P.O. Box 25130 |
| One Rodney Square | Wilmington, DE 19899-5130 |
| 920 North King Street | (302) 655-5000 |
| Wilmington, DE 19801 | |
| (302) 651-7700 | |
| | |
| William F. Lee | Annemarie Hassett |
| Lisa J. Pirozzolo | Keith A. Zullow |
| Vinita Ferrera | Michael Beck |
| WILMER CUTLER PICKERING | GOODWIN PROCTER LLP |
|    HALE AND DORR LLP | The New York Times Building |
| 60 State Street | 620 Eighth Avenue |
| Boston, Massachusetts 02109 | New York, NY 10018 |
| (617) 526-6000 | (212) 813-8800 |
| | |
| Attorneys for | Attorneys for |
| *NOVARTIS CORPORATION and NOVARTIS PHARMACEUTICALS CORPORATION* | *TEVA PARENTERAL MEDICINES, INC. and TEVA PHARMACEUTICALS USA, INC.* |
| | |
| November 2, 2009 | November 2, 2009 |

**SO ORDERED** this ___ day of November, 2009,

_____
United States District Judge